

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

September 2, 2021

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    ***Astellas Pharma Inc., et al. v. Sandoz Inc.***
>        **Case No. 2:21-cv-13177 (JMV-JSA)**

Dear Judge Allen:

This firm, together with Venable LLP, represents Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc., Medivation LLC, Medivation Prostate Therapeutics LLC, and The Regents of the University of California (collectively, "Plaintiffs"), in connection with the above-referenced matter. Pursuant to Local Civil Rule 101.1(c) and Your Honor's Judicial Preferences, Plaintiffs respectfully submit this informal application for the *pro hac vice* admission of Evan S. Krygowski of the law firm Venable LLP in this matter. Counsel for Defendant consents to this application.

In support of this application, enclosed please find the following documents:

- Certification of Evan S. Krygowski;
- Certification of Liza M. Walsh in Support of *Pro Hac Vice* Admission; and
- Proposed Order.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered.  Of course, should Your Honor or Your Honor's staff have any questions regarding the within, we are always available.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Encl.
cc:    All Counsel of Record (via ECF and Email)