

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

November 29, 2021

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Astellas Pharma Inc., et al. v. Sandoz Inc.*
Case No. 2:21-cv-13177 (JMV-JSA)

Dear Judge Allen:

This firm, together with Venable LLP, represents Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc., Medivation LLC, Medivation Prostate Therapeutics LLC, and The Regents of the University of California (collectively, "Plaintiffs"), in connection with the above-referenced matter. We write on behalf of all parties to jointly request a one-week extension of time for the parties to submit a proposed Discovery Confidentiality Order ("DCO").

Pursuant to the Pretrial Scheduling Order, the current deadline to submit the proposed DCO is November 29, 2021 (D.E. 29). With the requested extension, the new deadline would be December 6, 2021. The parties have made progress toward an agreement on the terms of the DCO, but require additional time to discuss remaining issues.

If this request meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF and Email)

**SO ORDERED:**

_____
**Hon. Jessica S. Allen, U.S.M.J.**