

**WALSH**
PIZZI
O'REILLY
FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

December 6, 2021

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Astellas Pharma Inc., et al. v. Sandoz Inc.*
            Case No. 2:21-cv-13177 (JMV-JSA)

Dear Judge Allen:

    This firm, together with Venable LLP, represents Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc., Medivation LLC, Medivation Prostate Therapeutics LLC, and The Regents of the University of California (collectively, "Plaintiffs"), in connection with the above-referenced matter. On behalf of the parties, we enclose for Your Honor's consideration a proposed Discovery Confidentiality Order ("DCO").

    Should the enclosed DCO be acceptable to Your Honor, we respectfully request that it be executed and entered on the docket. As always, we thank the Court for its attention to this matter and remain available should Your Honor or Your Honor's staff have any questions regarding the within.

    Respectfully submitted,

    *s/ Liza M. Walsh*

    Liza M. Walsh

Encl.
cc:    All Counsel of Record (via ECF and Email)