

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

January 28, 2022

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Astellas Pharma Inc., et al. v. Sandoz Inc.*
             <u>Case No. 2:21-cv-13177 (JMV-JSA)</u>

Dear Judge Allen:

      This firm, together with Venable LLP, represents Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc., Medivation LLC, Medivation Prostate Therapeutics LLC, and The Regents of the University of California, in connection with the above referenced matter. On behalf of all parties, and pursuant to the Court's Order (D.E. 37), we are pleased to inform Your Honor that the parties have reached an agreement and resolved their dispute regarding Plaintiffs' objections to Defendant's Invalidity Contentions.

      As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

                               Respectfully submitted,

                               *s/ Liza M. Walsh*

                               Liza M. Walsh

cc:    All Counsel of Record (via ECF and Email)