

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

April 22, 2022

<u>VIA ECF</u>

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      RE:    <u>**ASTELLAS PHARMA INC. et al v. SANDOZ INC.**</u>
               *Civil Action No.: 2:21-cv-13177*

Dear Judge Allen:

    We represent Defendants in the above-referenced matter. The parties have agreed to extend certain case deadlines by approximately 4 weeks to allow more time for substantial completion of document production, while maintaining existing time periods between litigation events. The proposed schedule, reflecting the parties' agreement, is attached hereto.

    This is the first extension that has been requested. If this extension is acceptable to the Court, we respectfully request that you enter your "So Ordered" on this letter and forward to the Clerk for filing.

    We thank the Court for its time and consideration in this matter.

                                    Respectfully Submitted,

                                    <u>*/s/ Eric Abraham*</u>
                                    ERIC I. ABRAHAM

cc:    All counsel of record (via ECF)

HILL WALLACK LLP
ATTORNEYS AT LAW

Page 2

| Event | Current | Proposed |
|---|---|---|
| Motions to seek leave to join other parties and seek leave to amend or supplement pleadings for good cause | September 23, 2022 | Same |
| Substantial Completion of Document Production | June 17, 2022 | July 15, 2022 |
| Deadline To Seek Leave To Amend Pleadings or Join Parties | August 30, 2022 | September 27, 2022 |
| Close of Fact Discovery | September 9, 2022 | October 7, 2022 |
| Opening Expert Reports (on issues for which a party bears the burden of proof) | October 5, 2022 | November 2, 2022 |
| Rebuttal Expert Reports | November 30, 2022 | January 6, 2023 |
| Reply Expert Reports | January 20, 2023 | February 17, 2023 |
| Close of Expert Discovery | February 24, 2023 | March 31, 2023 |
| Expiration of 30 month stay | November 19, 2023 | Same |