**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 6, 2022

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Astellas Pharma Inc., et al. v. Sandoz Inc.*
               Case No. 2:21-cv-13177 (JMV-JSA)

Dear Judge Allen:

      Pursuant to the Court's May 12, 2022 Order (D.I. 49), the parties submit this joint status letter in advance of the July 12, 2022 Telephone Status Conference. There are currently no disputes that require the Court's intervention.

      The deadlines for the substantial completion of document production and the close of fact discovery are July 15, 2022 and October 7, 2022, respectively.

      As noted in the last joint status letter, Plaintiffs have already produced over 125,000 documents (over 1.4 million pages) in response to Defendant's document requests and/or pursuant to L. Pat. R. 3.2. *See* D.I. 40. Plaintiffs do not anticipate any issues meeting the July 15 substantial completion deadline.

      Defendant's document production efforts are on-going. Defendant has produced ANDA No. 216068 and correspondences between Defendant and FDA to date pertaining to that ANDA. Defendant does not anticipate any issues meeting the July 15 substantial completion deadline.

      Fact discovery is ongoing.

*****

      We look forward to appearing before Your Honor at the July 12 status conference.

Honorable Jessica S. Allen, U.S.M.J.
July 6, 2022
Page 2

                                            Respectfully submitted,

                                            *s/ Liza M. Walsh*

                                            Liza M. Walsh

cc:     All Counsel of Record (via ECF and Email)

Case 2:21-cv-13177-JMV-JSA   Document 50   Filed 07/06/22   Page 2 of 2 PageID: 412

Honorable Jessica S. Allen, U.S.M.J.
July 6, 2022
Page 2