

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

September 7, 2022

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *Astellas Pharma Inc., et al. v. Sandoz Inc.*
      <u>Case No. 2:21-cv-13177 (JMV-JSA)</u>

Dear Judge Allen:

  Pursuant to the Court's July 12, 2022 Order (D.I. 51), the parties submit this joint status letter in advance of the September 13, 2022 Telephone Status Conference. There are currently no disputes that require the Court's intervention.

  The close of fact discovery is October 7, 2022.

  Prior to the substantial completion deadline, Plaintiffs produced over 130,000 documents (over 1.47 million pages) in response to Defendant's document requests and/or pursuant to L. Pat. R. 3.2.

  Prior to the substantial completion deadline, Defendant produced approximately 42,000 documents (approximately 330,000 pages) in response to Plaintiffs' document requests and/or pursuant to L. Pat. R. 3.6.

  Fact discovery is ongoing.

*****

  We look forward to appearing before Your Honor at the September 13 status conference.

Honorable Jessica S. Allen, U.S.M.J.
September 7, 2022
Page 2

                                              Respectfully submitted,

                                              *s/ Liza M. Walsh*

                                              Liza M. Walsh

cc:     All Counsel of Record (via ECF and Email)