

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 7, 2022

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *Astellas Pharma Inc., et al. v. Sandoz Inc.*
    Case No. 2:21-cv-13177 (JMV-JSA)

Dear Judge Allen:

We write on behalf of all parties in the above-captioned matter.

For the reasons discussed with Your Honor during the September 13, 2022, status conference, the parties have agreed, subject to this Court's approval, to a one-month extension of the current case schedule through the end of close of expert discovery as follows:

| Event | Current[1] | Proposed |
|---|---|---|
| Deadline To Seek Leave To Amend Pleadings or Join Parties | September 28, 2022 | October 27, 2022 |
| Close of Fact Discovery | October 7, 2022 | November 7, 2022 |
| Opening Expert Reports (on issues for which a party bears the burden of proof) | November 2, 2022 | December 2, 2022 |
| Rebuttal Expert Reports | January 6, 2023 | February 6, 2023 |
| Reply Expert Reports | February 17, 2023 | March 17, 2023 |
| Close of Expert Discovery | March 31, 2023 | May 1, 2023 |

If this request meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket. We can also be available at the Court's convenience if Your Honor would like to discuss this request or any other issues.

---

[1] D.I. 45; D.I. 51.

Honorable Jessica S. Allen, U.S.M.J.
October 7, 2022
Page 2

The parties do not currently have any issues to raise with the Court, and respectfully request that the conference scheduled for October 13, 2022 be adjourned by approximately one month, subject to the Court's schedule.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF and Email)


**IT IS on this _____ day of October, 2022
SO ORDERED.**

_____
**Hon. Jessica S. Allen, U.S.M.J.**