

**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

October 28, 2022

**VIA ECF**
Honorable John M. Vazquez, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Astellas Pharma Inc., et al. v. Sandoz Inc.*
    **Case No. 2:21-cv-13177 (JMV-JSA)**

Dear Judge Vazquez:

  This firm, together with Venable LLP, represents Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc., Medivation LLC, Medivation Prostate Therapeutics LLC, and The Regents of the University of California (collectively, "Plaintiffs"), in connection with the above-referenced matter. We write on behalf of all parties to jointly inform the Court that the parties have reached a resolution and have agreed to dismiss their respective claims.  Accordingly, we respectfully submit the enclosed Proposed Order of Dismissal.  Should the enclosed Proposed Order meet with Your Honor's approval, we respectfully request that Your Honor endorse it and have it entered on the docket.

  We thank the Court for its attention to this matter and should Your Honor or Your Honor's staff have any questions, we are always available.

              Respectfully submitted,

              *s/ Liza M. Walsh*

              Liza M. Walsh

cc: All Counsel of Record (via ECF and Email)