IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS US LLC, ASTELLAS PHARMA US, INC., MEDIVATION LLC, MEDIVATION PROSTATE THERAPEUTICS LLC, and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SANDOZ INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 2:21-cv-13177 (JMV)(JSA) |

## DISMISSAL ORDER

The Court, at the request of Plaintiffs Astellas Pharma Inc., Astellas US LLC, Astellas Pharma US, Inc. (collectively "Astellas"), Medivation LLC, Medivation Prostate Therapeutics LLC (collectively "Medivation"), and The Regents Of The University Of California ("The Regents") (collectively "Plaintiffs"), and Defendant Sandoz Inc. ("Sandoz") hereby issues the following Dismissal Order:

1. Each of Plaintiffs' claims against Sandoz with respect to the patents-in-suit is hereby dismissed, with prejudice.

2. Each of Sandoz's counterclaims with respect to the patents-in-suit is hereby dismissed, with prejudice.

3. Plaintiffs and Sandoz shall each bear their own costs.

4. The Court retains jurisdiction to enforce this Order and the terms of the parties' settlement agreement.

**SO ORDERED:**

This _____ day of _____, 2022

HONORABLE JOHN M. VAZQUEZ
UNITED STATES DISTRICT JUDGE